# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **ALPINE SECURITIES CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO SUSPEND STANDARD PROTECTIVE ORDER AND ENTER MODIFIED PROTECTIVE ORDER**<br><br>Case No. 2:21-cv-00683-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Before the court is the parties' Stipulated Motion to Suspend Standard Protective Order and Enter Modified Protective Order.[1] For good cause shown, the court GRANTS the motion and suspends the Standard Protective Order in this action. The court will enter the parties' proposed protective order by way of separate order.

IT IS SO ORDERED.

DATED this 22nd day of June 2022.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 21.