Paul K. Savage (7983)
Equity Law LLC
4774 Canyon Road 2635
Clark MO 65243
Telephone: (801) 691-2491
paulksavage@hotmail.com

Matthew R. Howell (6571)
FILLMORE SPENCER LLC
3301 N. University Avenue
Provo, Utah 84604
Tel: (801) 426-8200
mhowell@fslaw.com

*Counsel for Alpine Securities Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALPINE SECURITIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant/Counterclaimant. | Case No. 2:21-CV-00683-DBB-JCB<br><br>**JOINT MOTION FOR ADMINISTRATIVE CLOSURE**<br><br>JUDGE DAVID BARLOW |

Alpine Securities Corporation (Alpine) and the United States submit this motion for administrative closure of this case pending the government's final response to its amended settlement offer, submitted on March 27, 2024.

The parties have long agreed that this case should be amenable to resolution through settlement, or in the alternative, through cross motions for Summary Judgment. The case involves highly technical tax matters related to the 2011 and 2012 tax years from which little or no additional witness or expert testimony in court is available and/or helpful.

Though submitted more than two years ago, Alpine's amended settlement offer was substantive and detailed, and required government counsel a great deal of time to prepare for internal review. In the interim, the parties have exchanged extensive information. Nonetheless, personal illness, government shutdowns, and the restructuring of the Tax Division within the Department of Justice have delayed but not stopped the progress of the approval process, and undersigned counsel is informed that the case remains on track for resolution, having received clearance through the first several layers of hurdles already. Undersigned counsel for the United States also miscalculated the amount of the potential concession at issue in this matter when submitting the settlement for approval, and the parties have determined that the amount of the concession requires the settlement to pass through one additional layer of review within the DOJ. Though not guaranteed, the parties expect the settlement to be reached this fiscal year, leaving the Court only to approve final orders and dismissals.

In the alternative, should the settlement offer not receive final approval, the parties will immediately advise the court and request a scheduling order for submissions of cross motions for summary judgment, believing that no dispositive or material questions of fact remain in dispute.

Dated:  July 15, 2026                    Respectfully Submitted,


                                         Matthew R. Howell
                                         3301 N. University Avenue
                                         Provo, Utah 84604
                                         Telephone: (801) 426-8200
                                         mhowell@lfslaw.com

                                         /s/ *Paul K. Savage*
                                         Paul K. Savage
                                         Equity Law LLC
                                         4774 County Road 2635
                                         Clark MO 65243
                                         Telephone: (801) 691-2491
                                         paulksavage@hotmail.com
                                         *Attorneys for Plaintiff*

- 2 -

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/  *Ryan S. Watson*
RYAN S. WATSON
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
Ryan.Watson@usdoj.gov
*Attorney for the United States*